UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP**, | ) ) ) |
| Plaintiff, | ) ) |
| | ) **Civil Action No. 08-1387 (RMU)** |
| v. | ) ) ) |
| **ELAINE CHAO, Secretary of Labor, and the United States Department of Labor,** | ) ) ) ) ) |
| Defendants. | ) ) |

## **PRAECIPE**

**THE CLERK OF THIS COURT** will please enter the appearance of Assistant United States Attorney Michelle N. Johnson as counsel for the federal government defendants in the above-captioned case.

Respectfully submitted,

   /s/ Michelle N. Johnson
MICHELLE N. JOHNSON, D.C. BAR # 491910
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. – Room E4212
Washington, D.C. 20530
(202) 514-7139 (telephone)
(202) 514-8780 (facsimile)
Michelle.Johnson@usdoj.gov

COUNSEL FOR THE FEDERAL DEFENDANTS