UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| ELAINE CHAO, Secretary of Labor, and the United States Department of Labor, | ) ) ) ) ) ) |
| Defendants. | ) ) |

Civil Action No. 08-1387 (RMU)

**DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**

Defendants, Elaine Chao, Secretary of the Department of Labor, and the Department of Labor, respectfully move this Court, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, for a four-day enlargement of time to file their response to plaintiff's motion for a preliminary injunction. In support of this motion, defendants assert the following:

(1)    Plaintiff filed this action on August 8, 2008. Service was perfected on or about August 11, 2008.[1]

(2)    In conjunction with the filing of its Complaint, plaintiff has filed a motion for a preliminary injunction. Pursuant to this Court's local rules, an opposition to such a motion must be filed within five days after service of the application. LCvR 65.1(c). Therefore, defendants' response to plaintiff's motion for a preliminary injunction is due to be filed on or before Monday,

---

[1] Plaintiff's complaint and motion for a preliminary injunction was received by undersigned counsel's office at 4:47 p.m. on August 11, 2008.

August 18, 2008.

    (3)    Undersigned counsel has been in discussions with counsel for the agency defendants and has determined that an extension of time is required to address the matters raised in plaintiff's motion for a preliminary injunction. Accordingly, counsel seeks four additional days in which to file defendants' opposition to plaintiff's motion, up to and including August 22, 2008. This brief extension of time will not unreasonably delay the proceedings in this case and will promote the interests of justice because it will permit the defendants to thoroughly address the issues raised by plaintiff's motion.

    (4)    Pursuant to Local Civil Rule 7(m), undersigned counsel contacted plaintiff's counsel to seek plaintiff's position regarding the relief defendants seek. Plaintiff's counsel has indicated that plaintiff does not oppose the relief defendants are seeking.[2]

Respectfully submitted,

JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

    /s/
MICHELLE N. JOHNSON, D.C. BAR # 491910
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. – Room E4212
Washington, D.C. 20530
Telephone: (202) 514-7139
Facsimile: (202) 514-8780
Email: Michelle.Johnson@usdoj.gov

---

[2] The parties are in agreement concerning their understanding that plaintiff has five business days in which to file its reply brief, which is consistent with Local Civil Rule 7(d).

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP**, | ) ) ) | |
| Plaintiff, | ) ) ) | Civil Action No. 08-1387 (RMU) |
| v. | ) ) ) | |
| **ELAINE CHAO, Secretary of Labor, and the United States Department of Labor,** | ) ) ) ) ) | |
| Defendants. | ) ) | |

**[PROPOSED] ORDER**

This matter having come before the Court on Defendants' Unopposed Motion for an Extension of Time to Respond to Plaintiff's Motion for a Preliminary Injunction, and it appearing that the grant of such motion would serve the interests of justice, it is hereby

**ORDERED** that Defendants' Unopposed Motion is hereby **GRANTED**. And it is further

**ORDERED** that Defendants shall have up to and including August 22, 2008 in which to file their response in opposition to Plaintiff's Motion for a Preliminary Injunction.

**SO ORDERED** on this _____ day of _____, 2008.

_____
RICARDO M. URBINA
United States District Judge