UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP,<br><br>      Plaintiff,<br><br>      v.<br><br>ELAINE L. CHAO, Secretary of Labor, and the U.S. DEPARTMENT OF LABOR,<br><br>      Defendants. | Civ. No. 08-01387 (RMU) |

## MOTION FOR ADMISSION *PRO HAC VICE*
## OF ANDREW A. RUFFINO AND IRA J. KURZBAN

     I, Thomas S. Williamson, Jr., counsel for Plaintiff Fragomen, Del Rey, Bernsen & Loewy LLP in the above-captioned matter, hereby move the Court, pursuant to Local Civil Rule 83.2(d), for the admission *pro hac vice* of Andrew A. Ruffino and Ira J. Kurzban.

     1.  I am a partner with the firm of Covington & Burling LLP ("Covington"), in the Washington D.C. office, at 1201 Pennsylvania Avenue, N.W., Washington, D.C. 20004. I am admitted to the bar of the District of Columbia (D.C. Bar No. 217729) and have been admitted to practice before this Court since February 2, 1977.

2. Mr. Ruffino is a partner at Covington in the New York office, at The New York Times Building, 620 Eighth Avenue, New York, NY 10018. As reflected in the annexed Declaration of Andrew A. Ruffino, Mr. Ruffino is a member of the New York and Massachusetts State Bars.

3. Mr. Kurzban is a partner at Kurzban, Kurzban, Weinger and Tetzeli, P.A., 2650 S.W. 27th Avenue, Miami, Florida 33133. As reflected in the annexed Declaration of Ira J. Kurzban, Mr. Kurzban is a member of the California, Florida and Iowa State Bars.

4. Mr. Ruffino and Mr. Kurzban are familiar with the facts and law relating to this case and, upon admission *pro hac vice* will assist in the litigation of this action.

5. Pursuant to Local Civil Rule 7(m), counsel for the parties conferred. Opposing counsel have no objection to this Motion.

Dated: August 18, 2008

        Respectfully submitted,

        COVINGTON & BURLING LLP

        <u>/s/ Thomas S. Williamson, Jr.</u>
        Thomas S. Williamson, Jr.
         D.C. Bar No. 217729
        1201 Pennsylvania Avenue, N.W.
        Washington, D.C. 20004
        Tel: (202) 662-6000

        *Attorneys for Plaintiffs Fragomen, Del Rey, Bernsen & Loewy LLP*

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing MOTION FOR ADMISSION PRO HAC VICE OF ANDREW A. RUFFINO AND IRA J. KURZBAN, together with the accompanying DECLARATION OF IRA J. KURZBAN, dated August 12, 2008; DECLARATION OF ANDREW A. RUFFINO, dated August 13, 2008; and PROPOSED ORDER were served upon Defendants by electronic filing under the Rules of this Court on this 18th day of August, 2008.

                                                 /s/ Bradley K. Ervin
                                                 Bradley Ervin
                                                 *Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP,** )<br>)<br>)<br>**Plaintiff,** )<br>)<br>**v.** )<br>)<br>**ELAINE L. CHAO, Secretary of Labor,** )<br>**and the U.S. DEPARTMENT OF LABOR,** )<br>)<br>**Defendants.** )<br>) | Civ. No. 08-01387 (RMU) |

**PROPOSED ORDER**

Upon consideration of the Motion for Admission *Pro Hac Vice* of Andrew A. Ruffino and Ira J. Kurzban, it is this _____ day of _____, 2008, hereby

ORDERED that the Motion for Admission *Pro Hac Vice* of Andrew A. Ruffino and Ira J. Kurzban be GRANTED.

_____
U.S.D.J.

- 2 -

To:

Gregory F. Jacob, Esq.
Solicitor of Labor
U.S. Department of Labor
200 Constitution Avenue, N.W.
Washington, D.C. 20210

Jeffrey A. Taylor, Esq.
U.S. Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530

Michael B. Mukasey, Esq.
Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ELAINE L. CHAO, Secretary of Labor, )<br>and the U.S. DEPARTMENT OF LABOR, )<br>)<br>Defendants. ) | Civ. No. 08-01387 (RMU) |

## DECLARATION OF ANDREW A. RUFFINO

I, Andrew A. Ruffino, make this declaration pursuant to Local Civil Rule 83.2(d) in support of the motion by Thomas S. Williamson, Jr. for my admission *pro hac vice* to this Court:

1. My full name is Andrew Arthur Ruffino.

2. My office address and telephone number are:

   Covington & Burling LLP
   The New York Times Building
   620 Eighth Avenue
   New York, NY 10018
   (212) 841-1000

3. I am admitted to the bar of the State of New York (Bar No. 2759355) and the State of Massachusetts (Bar No. 629482), and am admitted to practice before the United States Courts of Appeals for the Second, Fourth and Ninth Circuits and the United States District Courts for the Eastern and Southern Districts of New York.

- 2 -

4.  I certify that I have not been disciplined by any bar.

5.  During the twenty-four (24) months immediately preceding the filing of this Motion, I have not been admitted *pro hac vice* in this Court.

6.  I do not engage in the practice of law from an office located in the District of Columbia.

*Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on this 13th day of August, 2008, at New York, New York.*

_____
Andrew A. Ruffino

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP,<br><br>Plaintiff,<br><br>v.<br><br>ELAINE L. CHAO, Secretary of Labor, and the U.S. DEPARTMENT OF LABOR,<br><br>Defendants. | Civ. No. 08-01387 (RMU) |

### DECLARATION OF IRA J. KURZBAN

I, Ira J. Kurzban, make this declaration pursuant to Local Civil Rule 83.2(d) in support of the motion by Thomas S. Williamson, Jr. for my admission *pro hac vice* to this Court:

    1.    My full name is Ira Jay Kurzban.

    2.    My office address and telephone number are:

KURZBAN, KURZBAN, WEINGER AND TETZELI, P.A.
2650 S.W. 27th Avenue, Suite 200
Miami, Florida 33133
Tel: (305) 444-3503

    3.    I am admitted to the bars of the States of California (Bar No. 71563), Florida (Bar No. 225517), and Iowa (Bar No. 24290), and am admitted to practice before the United States Courts of Appeals for the Second, Fourth, Fifth, Sixth, Ninth and

Eleventh Circuits and the United States District Courts for the Southern District of Florida and the Northern District of California. I am also admitted to practice before the Supreme Court of Florida, Supreme Court of California, Supreme Court of Iowa, and Supreme Court of the United States.

4. I certify that I have not been disciplined by any bar.

5. During the twenty-four (24) months immediately preceding the filing of this Motion, I have not been admitted *pro hac vice* in this Court.

6. I do not engage in the practice of law from an office located in the District of Columbia.

*Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on this 12th day of August, 2008, at Miami, Florida.*

_____
Ira J. Kurzban, Esq.