UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP**, <br><br> Plaintiff, <br><br> v. <br><br> **ELAINE CHAO, Secretary of Labor, and the United States Department of Labor,** <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. 08-1387 (RMU)

### DEFENDANT'S SECOND MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION

Defendants, Elaine Chao, Secretary of the Department of Labor, and the Department of Labor, respectfully move this Court, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, for a one-week enlargement of time to file their response to plaintiff's motion for a preliminary injunction, up to and including August 29, 2008. This is defendants' second request for an extension of time. In support of this motion, defendants assert the following:

(1)   Plaintiff filed this action on August 8, 2008. Service was perfected on or about August 11, 2008.

(2)   In conjunction with the filing of its Complaint, plaintiff has filed a motion for a preliminary injunction. The court previously granted defendant's unopposed motion for an extension of time of four business days to respond to the plaintiff's motion, up to and including August 22, 2008.

(3)   Since the filing of defendants' initial motion for an extension of time, undersigned

counsel has been in discussions with counsel for the agency defendants and has determined that a further extension of time is required to address the matters raised in plaintiff's motion for a preliminary injunction. This additional time is necessitated for several reasons. First, counsel requires discussions with the Solicitor of the Department of Labor, who is out of the jurisdiction until Monday, August 25, 2008. Second, the Chief of the Civil Division is also out of the office until August 25, 2008, and his participation in discussions regarding the government's response is required. Finally, the Department of Justice anticipates entering an appearance in this matter, and sufficient time for the DOJ attorneys to familiarize themselves with the facts in this matter is required.

(4) Granting defendants' request for additional time will further the interests of justice in this case. This additional time will permit the government to thoroughly discuss the government's intended position in this litigation and will permit consideration of this position by the necessary decision-makers.

(5) Pursuant to Local Civil Rule 7(m), undersigned counsel contacted plaintiff's counsel to seek plaintiff's position regarding the relief defendants seek. Plaintiff's counsel was unable to provide plaintiff's position on defendants' motion at this time.[1]

                                  Respectfully submitted,

                                    /s/ Jeffrey A. Taylor
                                  JEFFREY A. TAYLOR, D.C. BAR # 498610
                                  United States Attorney

                                    /s/ Rudolph Contreras
                                  RUDOLPH CONTRERAS, D.C. BAR # 434122

---

[1] Undersigned counsel is filing this motion at this time to ensure compliance with the Court's four-day rule. The parties expect that they will be able to reach an agreement on this motion and will notify the Court once plaintiff's position has been determined.

Assistant United States Attorney

   /s/ Michelle N. Johnson
MICHELLE N. JOHNSON, D.C. BAR # 491910
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. – Room E4212
Washington, D.C. 20530
Telephone: (202) 514-7139

COUNSEL FOR DEFENDANT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP, <br><br> Plaintiff, <br><br> v. <br><br> ELAINE CHAO, Secretary of Labor, and the United States Department of Labor, <br><br> Defendants. | Civil Action No. 08-1387 (RMU) |

### [PROPOSED] ORDER

This matter having come before the Court on Defendants' Second Motion for an Extension of Time to Respond to Plaintiff's Motion for a Preliminary Injunction, and it appearing that the grant of such motion would serve the interests of justice, it is hereby

**ORDERED** that Defendants' Motion is hereby **GRANTED**. And it is further

**ORDERED** that Defendants shall have up to and including August 29, 2008 in which to file their response in opposition to Plaintiff's Motion for a Preliminary Injunction.

**SO ORDERED** on this _____ day of _____, 2008.

_____
RICARDO M. URBINA
United States District Judge