UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP**, | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) Civil Action No. 08-1387 (RMU) <br> ) |
| v. | ) <br> ) |
| **ELAINE CHAO, Secretary of Labor,** and the United States Department of Labor, | ) <br> ) <br> ) <br> ) <br> ) |
| Defendants. | ) <br> ) |

**DEFENDANTS' NOTICE TO THE COURT REGARDING THEIR
SECOND MOTION FOR AN EXTENSION OF TIME TO RESPOND
TO PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**

Defendants, Elaine Chao, Secretary of the Department of Labor, and the Department of Labor, respectfully file this notice with the Court regarding Defendants' Second Motion for an Extension of Time to Respond to Plaintiff's Motion for a Preliminary Injunction.

Plaintiff's counsel has informed undersigned counsel that plaintiff does not oppose the relief that defendants have sought in their second motion for an extension of time. Plaintiff does request, if the Court grants defendants' motion, that the time for the filing of plaintiff's reply be extended up to and including September 10, 2008. Defendants do not oppose that request. Accordingly, a proposed order reflecting this agreement is attached.

Respectfully submitted,

JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

        /s/
-----------------------------------------
MICHELLE N. JOHNSON, D.C. BAR # 491910
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. – Room E4212
Washington, D.C. 20530
Telephone: (202) 514-7139
Facsimile: (202) 514-8780
Email: Michelle.Johnson@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP**, | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) Civil Action No. 08-1387 (RMU) <br> ) |
| v. | ) <br> ) |
| **ELAINE CHAO, Secretary of Labor, and the United States Department of Labor,** | ) <br> ) <br> ) <br> ) <br> ) |
| Defendants. | ) <br> ) |

**[PROPOSED] ORDER**

This matter having come before the Court on Defendants' Second Motion for an Extension of Time to Respond to Plaintiff's Motion for a Preliminary Injunction, and it appearing that the grant of such request would be in the interests of justice, it is hereby

**ORDERED** that Defendants' Motion is hereby **GRANTED**.  And it is further

**ORDERED** that Defendants shall have up to and including August 29, 2008 in which to file their response in opposition to Plaintiff's Motion for a Preliminary Injunction.  And it is further

**ORDERED** that Plaintiff shall have up to and including September 10, 2008, in which to file its reply in further support of its Motion for a Preliminary Injunction.

**SO ORDERED** on this _____ day of _____, 2008.

_____
RICARDO M. URBINA
United States District Judge