UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP**, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| **ELAINE CHAO, Secretary of Labor, and the United States Department of Labor,** | ) ) ) ) ) |
| Defendants. | ) ) |

**Civil Action No. 08-1387 (RMU)**

## **PRAECIPE**

**THE CLERK OF THIS COURT** will please enter the appearance of Erik Quick, as counsel or the federal government defendants in the above-captioned case.

Respectfully submitted,

  /s/ Erik R.  Quick
ERIK R. QUICK, D.C. BAR # 447935
Attorney
District Court Section
Office of Immigration Litigation
Civil Division
450 5th Street, NW
Washington, D.C. 20001
(202) 353.9162 (telephone)
(202) 305-7000 (facsimile)
Erik.Quick@usdoj.gov

COUNSEL FOR THE FEDERAL DEFENDANTS