UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP**, | )<br>)<br>) |
| Plaintiff, | )<br>) **Civil Action No. 08-1387 (RMU)** |
| v. | )<br>) |
| **ELAINE CHAO, Secretary of Labor, and the United States Department of Labor,** | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

## PRAECIPE

**THE CLERK OF THIS COURT** will please enter the appearance of Jonathan Wasden, as counsel or the federal government defendants in the above-captioned case.

Respectfully submitted,

  /s/ Jonathan D. Wasden
JONATHAN D. WASDEN, M.S. BAR # 100563
Attorney
District Court Section
Office of Immigration Litigation
Civil Division
450 5th Street, NW
Washington, D.C. 20001
(202) 307.4293 (telephone)
(202) 305-7000 (facsimile)
Jonathan.Wasden@usdoj.gov

COUNSEL FOR THE FEDERAL DEFENDANTS