UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP, <br><br> Plaintiff, <br><br> v. <br><br> ELAINE CHAO, Secretary of Labor, and the United States Department of Labor, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) **Civil Action No. 08-1387 (RMU)** |

## PRAECIPE

**THE CLERK OF THIS COURT** will please enter the appearance of Lyle Jentzer, as counsel or the federal government defendants in the above-captioned case.

Respectfully submitted,

  /s/ Lyle D. Jentzer
LYLE D. JENTZER, NY BAR # 1612662
Attorney
District Court Section
Office of Immigration Litigation
Civil Division
450 5th Street, NW
Washington, D.C. 20001
(202) 305-0192 (telephone)
(202) 305-7000 (facsimile)
Lyle.Jentzer@usdoj.gov

COUNSEL FOR THE FEDERAL DEFENDANTS