UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP, | )<br>)<br>) |
| Plaintiff, | )<br>)  Civil Action No. 08-1387 (RMU)<br>) |
| v. | )<br>) |
| ELAINE CHAO, Secretary of Labor, and the United States Department of Labor, | )<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

## **PRAECIPE**

**THE CLERK OF THIS COURT** will please enter the appearance of Joshua Braunstein,

as counsel or the federal government defendants in the above-captioned case.

                                                                Respectfully submitted,

                                                                /s/ Joshua E. Braunstein
                                                             JOSHUA E. BRAUNSTEIN, MD BAR
                                                             Attorney
                                                             District Court Section
                                                             Office of Immigration Litigation
                                                             Civil Division
                                                             450 5th Street, NW
                                                             Washington, D.C. 20001
                                                             (202) 305-0194 (telephone)
                                                             (202) 305-7000 (facsimile)
                                                             Joshua.Braunstein@usdoj.gov

                                                             COUNSEL FOR THE FEDERAL DEFENDANTS