AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP,

    Plaintiff

V.

ELAINE L. CHAO, Secretary of Labor, and the U.S. DEPARTMENT OF LABOR,

    Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUM

Case: 1:08-cv-01387
Assigned To : Urbina, Ricardo M.
Assign. Date : 8/8/2008
Description: TRO/PI

TO: (Name and address of Defendant)

Jeffrey A. Taylor
U.S. Attorney
Attn: Civil Process Clerk
Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas S. Williamson, Jr.
Covington & Burling LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel: (202) 662-6000

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON      AUG - 8 2008

CLERK      DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE | AUGUST 8, 2008 |
| NAME OF SERVER (PRINT) JASON LITOW | TITLE | ATTORNEY |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): CERTIFIED MAIL, RETURN RECEIPT (ACKNOWLEDGED 8/11/08)

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/25/08
              Date

Signature of Server

1201 PENNSYLVANIA AVE, NW
WASHINGTON, DC 20004
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.