UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ELAINE L. CHAO, Secretary of Labor, )<br>and the U.S. DEPARTMENT OF LABOR, )<br>)<br>Defendants. )<br>) | Civ. No. 08-1387 (RMU) |

**PLAINTIFF'S MOTION FOR LEAVE TO EXCEED
REPLY BRIEF PAGE LIMITATION**

Plaintiff Fragomen, Del Rey, Bernsen & Loewy LLP ("Fragomen") respectfully moves this Court for leave to file a reply brief of 35 pages. Under Local Rule 7(e) and this Court's Standing Order, reply briefs are limited to 25 pages. Fragomen believes that good cause exists for an extension of this page limit, as described below.

1. Fragomen moved for a Preliminary Injunction on August 8, 2008.

2. This Court granted two one-week extensions to Defendants Elaine L. Chao, Secretary of Labor, and the U.S. Department of Labor (collectively, "the Department") for the filing of an Opposition brief.

3. Pursuant to the second motion for an extension of time granted by the Court, the deadline for the filing of Fragomen's reply brief has been extended to September 10, 2008.

4. In its Opposition brief, filed on August 29, 2008, the Department amended and partially withdrew the policy challenged by Fragomen in this action. On the same day that it filed its Opposition brief, the Department also rescinded three public statements (the June 2 Press Release, the June 4 Information Paper, and the June 13 Guidance Bulletin) related to the policy challenged by Fragomen in this action, and replaced them with a new public statement referred to as "Restatement of PERM Program Guidance Bulletin on the Clarification of Scope of Consideration Rule in 20 CFR § 656.10(b)(2)."

5. These actions by the Department raise new issues that Fragomen did not have the opportunity to address in its moving brief. The multiplicity of the issues introduced into this matter by the Department's new position warrant a reply brief exceeding the ordinary 25-page limit.

6. Pursuant to Local Civil Rule 7(m), counsel for the parties conferred. Opposing counsel have no objection to this Motion.

Dated: September 4, 2008

        Respectfully submitted,

        COVINGTON & BURLING LLP

        /s/_Thomas S. Williamson, Jr.___
        Thomas S. Williamson, Jr.
         D.C. Bar No. 217729
        1201 Pennsylvania Avenue, N.W.
        Washington, D.C. 20004
        Tel: (202) 662-6000

        *Attorneys for Plaintiff Fragomen, Del Rey, Bernsen & Loewy LLP*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP,** ) ) ) ) **Plaintiff,** ) ) **v.** ) ) **ELAINE L. CHAO, Secretary of Labor, and the U.S. DEPARTMENT OF LABOR,** ) ) ) **Defendants.** ) ) | Civ. No. 08-01387 (RMU) |

**PROPOSED ORDER**

Upon consideration of Plaintiff's Unopposed Motion for Leave to Exceed Reply Brief Page Limitation, it is this _____ day of _____, 2008, hereby

ORDERED that the Unopposed Motion for Leave to Exceed Reply Brief Page Limitation is GRANTED.

_____
U.S.D.J.